```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
1661, INC., *d/b/a* GOAT,                                     :
                                                              :
                              Plaintiff,                      :    1:23-mc-336-GHW
                                                              :
           -v —                                               :          ORDER
                                                              :
VERSUS, INC.,                                                 :
                                                              :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court understands that the Clerk of Court has issued the requested subpoena, pursuant to 35 U.S.C. § 24. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 29, 2023
       New York, New York                          _____
                                                        GREGORY H. WOODS
                                                      United States District Judge